FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMONDO ORTIZ LIZARRAGA,<br><br>Petitioner,<br><br>v.<br><br>JOHN F. SALAZAR, warden,<br><br>Respondent. | Case No. CV 08-02944 R (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: May 16, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY